B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Brown, Raichaun, Lovee | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): Raichaun Brown-Elzia, Lovee Brown, Shanai brown | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 7576 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 7819 S. South Shore Dr, Apt B6 Chicago, IL ZIP CODE 60649 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☐ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☑ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS
FILED FEB 08 2013
PS REP - CA

B1 (Official Form 1) (4/10)                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Raichaun Lovee Brown |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Northern District of Illinois | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s) (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☑ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

Prairie Shores Mgmt, LLC
(Name of landlord that obtained judgment)

4611 N. Ravenswood, Suite 201
(Address of landlord)
Chicago, IL 60640

☑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)    **Page 3**

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Raichaun Brown |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Raichaun Brown*
Signature of Debtor

X _____
Signature of Joint Debtor
**310-945-7814**
Telephone Number (if not represented by attorney)
**2/8/2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re Raichaun Lovee Brown          Case No._____
      Debtor                              (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                            Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *Rauchaus Beaus*
Date: 2/8/2013

B6A (Official Form 6A) (12/07)

In re <u>Raichaun Lovee Brown</u>,    Case No. _____
      Debtor    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| "NONE" | | | | "NONE" |
| | | Total▶ | 0.00 | |

(Report also on Summary of Schedules.)

In re  Raichaun Lovee Brown                    ,          Case No. _____
               Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07)

In re **Raichaun Brown**, Case No. _____
      Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Flat Screen TV, Computer, Desk, sofa, Radio<br>Home: 7819 S. South Shore Dr | | 3,050.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures & CD's<br>Home: 7819 S. South Shore Dr | | 1,000.00 |
| 6. Wearing apparel. | | Basic Clothing Home 7819 S.South Sh | | 2,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

United States Bankruptcy Court
Northern District Of Illinois
Eastern Division

In Re: **Raichaun Lovee Brown** )

Debtor (s) ) Case No.

) Chapter

)

)

List of Creditors

| Creditor Name | Address | | Telephone Number | Credit Bureau |
|---|---|---|---|---|
| AMER. STUDENT ASSIST | 100 CAMBRIDGE STREET | BOSTON, MA 02114 | 6174269434 | Equifax |
| ~~AMERICAN STUDENT ASSISTA~~ | ~~330 STUART STREET~~ | ~~BOSTON, MA 02116~~ | ~~6174269434~~ | ~~TransUnion~~ |
| AMERICAN COLLECTION | 919 W. ESTES AVE. | SCHAUMBURG, IL 601934427 | 8473521300 | Equifax |
| AMERICAN COLLN CORP | 919 W ESTES | SCHAUMBURG, IL 60193 | 8473521300 | TransUnion |
| AMERICAN STUDENT ASSISTA | 100 CAMBRIDGE STRE | BOSTON, MA 02114 | 8009999080 | TransUnion |
| ARC | 2915 PROFESSIONAL PARKWAY | AUGUSTA, GA 309073540 | 8002881179 | Equifax |
| CONTRACT CALLERS INC | P O BOX 212609 | AUGUSTA, GA 30917 | 8002881179 | TransUnion |
| AT & T SERVICES INC | PO BOX 181929 | DALLAS, TX 75218 | 8667182011 | Equifax |
| BUREAU OF COLLECTION REC | 7575 CORPORATE WAY | EDEN PRAIRIE, MN 55344 | 9529347777 | TransUnion |
| CAINE & WEINER | 21210 ERWIN STREET | WOODLAND HILLS, CA 91367 | | TransUnion |
| CAPITAL ONE BANK USA | 15000 CAPITAL ONE DRIVE | RICHMOND, VA 23238 | | Equifax |
| CAPITAL ONE BANK USA NA | PO BOX 30281 | SALT LAKE CITY, UT 84130 | 8009557070 | TransUnion |

| Creditor Name | Address | | Telephone Number | Credit Bureau |
|---|---|---|---|---|
| CASH YES CARD | POB 3038 | EVANSVILLE, IN 47708 | | TransUnion |
| CBNA | PO BOX 6241 | SIOUX FALLS, SD 57117 | 8009505114 | Equifax |
| CITIBANK NA | 15851 CLAYTON RD MS 743 | BALLWIN, MO 63011 | 6362614788 | Equifax |
| CITIBANK N.A. | 701 E. 60TH ST NORTH | SIOUX FALLS, SD 571040432 | 8009672400 | Equifax |
| ~~CITIBANK NA~~ | ~~701 EAST 60TH STRE~~ | ~~SIOUX FALLS, SD 57104~~ | ~~8009672400~~ | ~~TransUnion~~ |
| COLOGY, INC. | 15333 N PIMA RD SUITE 120 | SCOTTSDALE, AZ 85260 | 9162813599 | Equifax |
| COMCAST - CHICAGO | 1500 MCCONNOR PKWY | SCHAUMBURG, IL 60173 | | Equifax |
| COMENITY BANK/ASHSTW | 220 W SCHROCK RD | COLUMBUS, OH 43081 | | Equifax |
| CONTINENTAL FINANCE CO | 121 CONTINENTAL DR | NEWARK, DE 19713 | 8666388558 | TransUnion |
| CONVERGENT OUTSOURCI | 800 SW 39TH STREET | RENTON, WA 98057 | 8004448485 | Equifax |
| CONVERGENT OUTSOURCING | 500 SW 7TH STREET | RENTON, WA 98055 | 8004448485 | TransUnion |
| CREDIT PROTECTION | ONE GALLERIA TOWER | DALLAS, TX 75240 | 9729913171 | TransUnion |
| CREDIT PROTECTION | 13355 NOEL RD, 21ST FLOOR | DALLAS, TX 75380 | 8008006499 | Equifax |
| DAKOTA STATE BANK | 211 N MAIN | BLUNT, SD 57522 | 6059626231 | TransUnion |
| DCS | 333 NORTH CANYON P | LIVERMORE, CA 94551 | 9256904800 | TransUnion |
| DEPT OF ED/SALLIE MA | PO BOX 9635 | WILKES BARRE, PA 18773 | | Equifax |
| ~~DEPT OF ED/SALLIE MAE~~ | ~~PO BOX 9500~~ | ~~WILKES BARRE, PA 18773~~ | | ~~TransUnion~~ |
| DIGITAL FEDERAL CRED | 229 DONALD LYNCH BLVD | MARLBOROUGH, MA 017529123 | 9784616700 | Equifax |
| DISH NETWORK | 9601 S. MERIDIAN BLVD | ENGLEWOOD, CO 80112 | | Equifax |
| ~~ENHANCED RECOVERY CO~~ | ~~8014 BAYBERRY RD~~ | ~~JACKSONVILLE, FL 32256~~ | ~~8004968941~~ | ~~Equifax~~ |
| ENHANCED RECOVERY | 8014 BAYBERRY RD | JACKSONVILLE, FL 32256 | 8004968941 | TransUnion |

| Creditor Name | Address | | Telephone Number | Credit Bureau |
|---|---|---|---|---|
| COMPAN | | | | |
| FIGI'S | PO BOX 7713 | MARSHFIELD, WI 54449 | | Equifax |
| FIGI'S INC | PO BOX 7713 | MARSHFIELD, WI 54449 | 7153841316 | TransUnion |
| FIGIS INC | 3200 S MAPLE AVENU | MARSHFIELD, WI 54449 | 7153871771 | TransUnion |
| FINGERHUT | 6509 FLYING CLOUD DRIVE | EDEN PRAIRIE, MN 55344 | 8003562347 | Equifax |
| METABANK/FINGER HUT | 6509 FLYING CLOUD | EDEN PRAIRIE, MN 55344 | 8003562347 | TransUnion |
| FIRST NATIONAL CREDI | 500 E 60TH ST N | SIOUX FALLS, SD 57104 | 6057823459 | Equifax |
| FIRST NATIONAL CREDIT CA | 500 EAST 60TH ST N | SIOUX FALLS, SD 57104 | 6057823459 | TransUnion |
| FIRST PREMIER | 3820 N LOUISE AVE | SIOUX FALLS, SD 57107 | 6053573440 | Equifax |
| FIRST PREMIER BANK | 3820 N LOUISE AVE | SIOUX FALLS, SD 57107 | | TransUnion |
| GECRB | C/O PO BOX 965037 | ORLANDO, FL 328965037 | | Equifax |
| GECRB/AMAZON PL | PO BOX 965015 | ORLANDO, FL 32896 | 8666348379 | TransUnion |
| GECRB/WALMART PLCC | PO BOX 965024 | ORLANDO, FL 32896 | 8772947880 | TransUnion |
| GENERAL REVENUE CORP | 11501 NORTHLAKE DR | CINCINNATI, OH 45249 | 8004365246 | TransUnion |
| GENERAL REVENUE CORP | 11400 USA PARKWAY | FISHERS, IN 46037 | 5134691472 | TransUnion |
| GENERAL REVENUE | 11501 NORTH LAKE DR | CINCINNATI, OH 45249 | 5134691472 | Equifax |
| HSBC BANK | PO BOX 5253 | CAROL STREAM, IL 60197 | 8006956950 | TransUnion |
| HY CITE INC | 333 HOLTZMAN RD | MADISON, WI 53713 | 6082733373 | TransUnion |
| I.C. SYSTEM INC. | P.O. BOX 64378 | ST PAUL, MN 55164 | 6514816333 | Equifax |
| IL STUDENT ASSIST COMM | 1755 LAKE COOK RD | DEERFIELD, IL 60015 | 8479488500 | TransUnion |
| ILL.STUDENT ASST.CO | 1755 LAKE COOK RD | DEERFIELD, IL 600155209 | 8479483572 | Equifax |
| JEFFERSON CAPITAL SYSTEM | 16 MCLELAND RD | SAINT CLOUD, MN 56303 | 8664172561 | TransUnion |
| JEFFERSON CAPITAL | 16 MCLELAND RD | ST CLOUD, MN 56303 | 8002812793 | Equifax |

| Creditor Name | Address | | Telephone Number | Credit Bureau |
|---|---|---|---|---|
| LVNV FUNDING LLC | PO BOX 10584 | GREENVILLE, SC 29603 | 8664641183 | Equifax |
| LVNV FUNDING LLC | P.O. BOX 10584 | GREENVILLE, SC 29603 | 8664641183 | TransUnion |
| M & M CREDIT | 6324 TAYLOR DR | FLINT, MI 48507 | 8002258770 | TransUnion |
| MERCHANTS AND MED CR | 6324 TAYLOR DRIVE | FLINT, MI 48507 | 8102393030 | Equifax |
| METABANK/CASHYES CAR | PO BOX 3038 | EVANSVILLE, IN 47708 | 8887206817 | Equifax |
| METABANK/UVX | PO BOX 71402 | SALT LAKE CITY, UT 84171 | 8778895085 | Equifax |
| MIDNIGHT | 1112 7TH AVE | MONROE, WI 535661364 | | Equifax |
| MIDNIGHT VELVET | 1112 7TH AVE | MONROE, WI 53566 | | TransUnion |
| MONTGOMERY WARDS | 1112 7TH AVENUE | MONROE, WI 53566 | | Equifax |
| NCO FIN/99 | PO BOX 15636 | WILMINGTON, DE 19850 | 8007098613 | Equifax |
| NCO FINANCIAL SYSTEMS | POB 15636 | WILMINGTON, DE 19850 | 8007098613 | TransUnion |
| NELNET LOAN SERVICES | 3015 S. PARKER RD, STE 425 | AURORA, CO 80014 | 8884864722 | Equifax |
| NELNET LOAN SERVICES INC | 3015 S PARKER RD | AURORA, CO 80014 | 8884864722 | TransUnion |
| NEW AGE CHGO FURN CO | 4238 S COTTAGE GRV | CHICAGO, IL 60653 | 7732853765 | TransUnion |
| NEW MILLENNIUM BANK/ | 57 LIVINGSTON AVE | NEW BRUNSWICK, NJ 08901 | 7327293504 | Equifax |
| NTL RECOVERY AGENCY | 2491 PAXTON STREET | HARRISBURG, PA 17111 | 8007734503 | TransUnion |
| RJM ACQUISITIONS LLC/ RJ | 575 UNDERHILL BLVD | SYOSSET, NY 11791 | 8002680623 | TransUnion |
| SALLIE MAE | PO BOX 9500 | WILKES-BARRE, PA 18773 | | Equifax |
| SALLIE MAE | PO BOX 9500 | WILKES BARRE, PA 18773 | | TransUnion |
| SLC CONDUIT 1 | 99 GARNSEY ROAD | PITTSFORD, NY 14534 | 8009672400 | Equifax |
| SLC CONDUIT I LLC | 99 GARNSEY RD | PITTSFORD, NY 14534 | | TransUnion |
| SLC STUD LOAN TRUST | 701 EAST 60TH STRE | SIOUX FALLS, SD 57104 | 8009672400 | TransUnion |
| SLC STUDENT LOAN TRU | 701 E. 60TH ST. NORTH | SIOUX FALLS, SD 571040432 | 8009672400 | Equifax |

| Creditor Name | Address | | Telephone Number | Credit Bureau |
|---|---|---|---|---|
| STELLAR RECOVERY | 1845 US HWY 93 SOU | KALISPELL, MT 59901 | 4067559522 | TransUnion |
| SWISS COLONY | 1112 7TH AVE | MONROE, WI 535661364 | | Equifax |
| ~~SWISS COLONY / MONTGOMER~~ | ~~1112 7TH AVE~~ | ~~MONROE, WI 53566~~ | | ~~TransUnion~~ |
| SWISS COLONY | 1112 7TH AVE | MONROE, WI 53566 | | TransUnion |
| TIGER FINANCIAL/SPEE | 3611 N RIDGE RD | WICHITA, KS 67205 | 3167223801 | Equifax |
| T-MOBILE | 12920 SE 38TH STRE | BELLEVUE, WA 98006 | 8003189270 | TransUnion |
| U S DEPARTMENT OF ED | PO BOX 7202 | UTICA, NY 135047202 | | Equifax |
| ULTRA VX / NEW MILLENNIU | 6550 S. MILLROCK | SALT LAKE CITY, UT 84121 | 8013656060 | TransUnion |
| UNIVERSAL FIDELITY CORPO | 1445 LANGHAM CREEK | HOUSTON, TX 77084 | 2816474152 | TransUnion |
| US BANCORP | 4325 17TH AVE SOUTHWEST | FARGO, ND 58103 | | Equifax |
| US BANK - BRANCH | 180 5TH ST EAST | SAINT PAUL, MN 55101 | 8008722657 | Equifax |
| US DEPARTMENT OF EDU | 2505 S FINLEY RD | LOMBARD, IL 601484899 | 8663241214 | Equifax |
| ~~USA DISCOUNTERS LTD~~ | ~~3320 HOLLAND ROAD~~ | ~~VIRGINIA BEACH, VA 234524826~~ | | ~~Equifax~~ |
| USA DISCOUNTERS | 3320 HOLLAND RD | VIRGINIA BEACH, VA 23452 | | TransUnion |
| VERIZON WIRELESS-GRE | PO BOX 26055 | MINNEAPOLIS, MN 55426 | 8008521922 | Equifax |
| VERIZON WIRELESS GREAT L | NATIONAL RECOVERY | MINNEAPOLIS, MN 55426 | 8008521922 | TransUnion |
| VISION FINANCIAL CORP | 11960 WESTLINE IND | MARYLAND HEIGH, MO 63146 | 8773196115 | TransUnion |
| WEBBANK/BML | 9690 DEERCO ROAD | TIMONIUM, MD 21093 | 8665283733 | Equifax |
| WELLS FARGO EFS | PO BOX 5156 | SIOUX FALLS, SD 57117 | 8006583567 | TransUnion |
| WEST BAY ACQUISITIONS LL | POB 189 | EAST GREENWICH, RI 02818 | 8887377608 | TransUnion |